UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEAN F. NYAMBIO,

Plaintiff(s),

v.

NORTHSTAR ANESTHESIA OF MICHIGAN, PLLC,

Defendant(s).

Case No. 25-cv-12131

Honorable Robert J. White

**ORDER GRANTING JOINT MOTION TO EXTEND SCHEDULING ORDER**

Having heard and considered the parties' Joint Motion to Extend Scheduling Order, and finding good cause shown, it is hereby ORDERED that the dates in the Court's November 25, 2026 Scheduling Order [ECF No. 11], as amended on June 26, 2026 [ECF No. 15] are hereby extended as follows:

| | |
|---|---|
| Discovery completed by | December 15, 2026 |
| Expert discovery completed by | January 15, 2027 |
| Dispositive motions filed by | February 15, 2027 |
| Challenges to experts | February 15, 2027 |
| Joint proposed final pretrial order and Motions in Limine | TBD |
| Final Pretrial Conference | TBD |
| Jury trial | TBD |
| Estimated Length of trial | TBD |

The Court will grant no further extensions.

SO ORDERED.

s/Robert J. White________________
Robert J. White
United States District Judge

Date: _August 24, 2026_____